**Attachment A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_Aaron Granville Thompson_

FILED

OCT 11 2022

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

_Your full name_

**FEDERAL CIVIL RIGHTS**
**COMPLAINT**
**(_BIVENS_ ACTION)**

v.

Civil Action No.: _5:22cv 249_
_(To be assigned by the Clerk of Court)_

_Jennifer Underwood, Aprn_
_Dr. Emmanuel Adams, M.A.T.,_
_Warden, FCI Hazelton_

Bailey|Mazzone|Rubenstein

_Enter above the full name of defendant(s) in this action_

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).** The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

 A. Name of Plaintiff: _Aaron Granville Thompson_ Inmate No.: _14510-084_
   Address: _FCI Hazelton, PO Box 5000, Bruceton Mills_
   _WV 26525_

_In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided._

**Attachment A**

B.   Name of Defendant: Jennifer Underwood
     Position: A.P.R.N. - nurse
     Place of Employment: FCI Hazelton
     Address: PO Box 460   Bruceton Mills   WV   26525

     Was this Defendant acting under the authority or color of federal state
     law at the time these claims occurred?     ☒ Yes          ☐ No

     If your answer is "YES," briefly explain: Nurse Underwood was
     in charge of providing health care for me and worked at
     FCI Hazelton's Health Care Department during the time of
     the incident, from August 30, 2021 until at least January 1, 2022

B.1   Name of Defendant: Dr. Emmanuel Adams
      Position: Doctor, M.A.T.
      Place of Employment: FCI Hazelton
      Address: PO Box 460   Bruceton Mills   WV   26525

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?     ☒ Yes          ☐ No

      If your answer is "YES," briefly explain: Dr. Adams was primary
      care provider who approved and orders treatment of inmates
      recommended by nurse staff, and has worked at FCI Hazelton
      Health Care Department during the time of the incident
      from Aug. 30, 2021 until present day

B.2   Name of Defendant: Warden, FCI Hazelton
      Position: Warden, FCI Hazelton
      Place of Employment: PO Box 5000, FCI Hazelton
      Address: PO Box 5000 Bruceton Mills WV 26525

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?     ☒ Yes          ☐ No

**Attachment A**

If your answer is "YES," briefly explain: Warden is responsible for all complaints raised in administrative remedy. Warden is responsible party, knowing the incident had occurred and was forewarned of Plaintiff's complaint and by willful neglect Chose not to offer any help, or resolution

B.3  Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☐ Yes          ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

B.4  Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☐ Yes          ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

**Attachment A**

B.5    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    □ Yes        □ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

## III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _FCI    Hazelton_____

A.    Is this where the events concerning your complaint took place?
☑ Yes        □ No

If you answered "NO," where did the events occur?

_____

B.    Is there a prisoner grievance procedure in the institution where the events occurred?        ☑ Yes        □ No

C.    Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
☑ Yes        □ No

D.    If your answer is "NO," explain why not: _____

_____

_____

_____

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH** *(Exhibit)*
**GRIEVANCES AND RESPONSES:** ~~Attachment~~ C

Level Ø Numerous Emails to Adams, Underwood, and Warden (follow instructions)

*(Exhibit)*

LEVEL 1 BP 9 Warden Response (follow Nurse's direction)    Attachment D

LEVEL 2 BP 10 Regional Response (follow Nurse's direction)    *(Exhibit)* ~~Attachment~~ D

LEVEL 3 BP 11 Central Office Response (same)    *(Exhibit)* ~~Attachment~~ D

Tort Claim (Regional Remedy)    *(Exhibit)* ~~Attachment~~ D

## IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?        □ Yes        ☒ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.   Court: _____
*(If federal court, name the district; if state court, name the county)*

3.   Case Number:_____

4.   Basic Claim Made/Issues Raised: _____
_____
_____
_____

5.   Name of Judge(s) to whom case was assigned:
_____

6.   Disposition: _____
*(For example, was the case dismissed? Appealed? Pending?)*

7.   Approximate date of filing  lawsuit:_____

**Attachment A**

8.    Approximate date of disposition. Attach Copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?

        ☒ Yes       ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

    I sought immediate change of care, proper diagnosis, second opinion, and to STOP the medication that was causing harm (Losartin)

E.    Did you exhaust available administrative remedies?

        ☒ Yes       ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

    I filed numerous Emails pleading to Stop the harmful Medication (Exhibit C)
    I filed BP8 (informal remedy) BP9 (Warden), BP 10 (Regional office, BP 11 (central office) Tort Claim (Regional office) (Exhibit D)

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _____

Defendant(s): _____

2.    Name and location of court and case number:

_____

_____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  Describe what <u>each</u> defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: I suffered from high blood pressure prior to arrival at FCI Hazelton. I still had elevated blood pressure after being prescribed Losartin. Nurse Underwood raised my Losartin on Sept 16, 2021 despite numerous reports of adverse reaction. On November 16, 2021 Nurse underwood raised Losartin to 100 mg, which sent me to the hospital on Nov, 18, 2021

Supporting Facts: I had a previous documented adverse reaction (Exhibit A)

**Attachment A**

to Losartin and complained on various occaisions (Exhibit C) Nurse Underwood insisted I continue the reccommended regiments despite higher readings, dizzyness and pain. I was given even more on November 16, 2021 and was hospitalized on November 18, 2021, and still told to continue Losartin despite pleadings to change. (Exhibit B)

CLAIM 2: Dr. Adams signed the order for me to take 100mg of Losartin despite my protestations and was told to follow direction or be placed in the SHU (Exhibit C)(Exhibit A). Mr Adams refused to change the medication that was going to kill me if I continued

Supporting Facts: I protested by email over 3 month period to change my medication, over and over Dr. Adams would order I continue taking it. I had higher and higher blood pressure, and my readings indicated Losartin was making it worse. Dr. Adams ignored my complaints and all the data from the readings and caused me to be hospitalized (Exhibit B) on November 16, 2021

CLAIM 3: I complained by Email (Exhibit C) and by administrative remedy for the Warden to intervene and the Warden refused to address my problem, and force me to continue the same treatment that was killing me, and caused me to be hospitalized (Exhibit D)

Supporting Facts: On December 19, 2021, I was confronted by the Lutennant and was ordered to take Losartin after Emailing staff asking for resolution. I filed Administrative Remedy and a simple order to the medical staff to change my treatment would have helped, but the Warden backed up the staff's irresponsible, dangerous and vicious act of continuing a damaging and dangerous treatment.

CLAIM 4: _____

_____

_____

_____

Supporting Facts: _____

_____

**Attachment A**

CLAIM 5: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

## VI.    INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

From August 30, 2021 thru December 21, 2021, and continuing thru the date of this filing, I suffer swollen hands and feet headaches, pain in my extremities, dizzyness, disorientation, and shortness of breath. I lost consiousness multiple times and when I lost my balance on November 16, 2021, and felt I was having a heart attack, I called for help. My blood pressure was dangerously high so I was rushed to the hospital and treated with IV's and other meds to relief the stress on my head and heart.

## VII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Injunctive relief causing FCI Hazelton to give me proper and appropriate care that will not kill me. Diagnosis and treatment by a qualified specialist. Damages for pain and suffering and mental anguish as a result of lack of action, deliberate harmful care, and inadequate care to resolve and treat my condition that could have easily been solved by not giving me the cheapest treatment possible.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

     The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Brocaton Mills, West Va._ on _10-4-22_ .
            (Location)                (Date)

_Aaron Thompson_
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Aaron Granville Thompson

_____
*Your full name*

v.                                          Civil Action No.: S:22CV249

Jennifer Underwood, APRN
Dr. Emmanuel Adams, MAT
Warden, FCI Hazelton
_____

*Enter above the full name of defendant(s) in this action*

### Certificate of Service

I, Aaron Granville Thompson (your name here), appearing *pro se*, hereby certify

that I have served the foregoing Federal Civil Rights Complaint (title of

document being sent) upon the defendant(s) by depositing true copies of the same in the

United States mail, postage prepaid, upon the following counsel of record for the

defendant(s) on 10-4-22 (insert date here):

(List name and address of counsel for defendant(s))

Aaron Thompson
(sign your name)

_____
*United States District Court*                25                *Northern District of West Virginia-2013*